# United States Court of Appeals

## For the Eighth Circuit

_____

No. 18-3380

_____

Larry W. Stephens

*Plaintiff - Appellant*

v.

Does, Lieutenant, EARU; Disciplinary Server, Varner Unit; Maurice Williams, Major, McPherson Unit; Franklin Christopher Budnik, Deputy Warden, Cummins Unit

*Defendants*

Jeremy Andrews, Warden, EARU; James Dycus, Deputy Warden, EARU
(originally named as Dycus)

*Defendants - Appellees*

Asa Hutchinson, Governor, State of Arkansas

*Defendant*

Valerie Westbrook, CO, EARU (originally named as V Westbrook)

*Defendant - Appellee*

James Gibson, Warden, Varner Unit

*Defendant*

Dale Reed, Deputy Director, ADC

*Defendant - Appellee*

Micheal Richerson, Captain, Varner Unit; Tony McHan, Deputy Warden, Varner Max

*Defendants*

Wendy Kelley, Director, ADC (originally named as Wendy Kelly)

*Defendant - Appellee*

Keith Waddle, Disciplinary Judge, ADC

*Defendant*

Danny Morment, Sergeant, EARU (originally named as Danny Norment); Lester Allen, Sergeant, EARU (originally named as Allen); Tyrone Allison, Lieutenant, EARU (originally named as Allison); David Knott, Major, EARU; Seccer Cole, Sergeant, EARU (originally named as Cole); Graham, Sergeant, EARU (originally named as Gork)

*Defendants - Appellees*

Randle, Sergeant, EARU

*Defendant*

Amanda Granger, Lieutenant, EARU (originally named as Granger)

*Defendant - Appellee*

Rita Washington, Disciplinary Server, EARU; Joanna Franklin, Disciplinary Judge, ADC

*Defendants*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Helena

_____

Submitted: September 4, 2019
Filed: September 17, 2019

_____

Before LOKEN, GRUENDER, and KOBES, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Larry Stephens appeals following the district court's[1] adverse judgment in his 42 U.S.C. § 1983 action. Stephens raised claims regarding exposure to sewage floods in his cell, denial of cleaning supplies after flooding, and denial of access to showers after flooding, as well as several unrelated claims. The district court initially dismissed the unrelated claims without prejudice, and we find no abuse of discretion in this dismissal, see Strandlund v. Hawley, 532 F.3d 741, 745 (8th Cir. 2008) (standard of review). The district court then granted summary judgment on Stephens's sewage-related claims, finding that he failed to exhaust his administrative remedies. We have reviewed the district court's order and we find no error. Affirmed. *See* 8th Cir. R. 47B. We deny Stephens's motion for review of the prison video footage.

_____

_____

[1] The Honorable James M. Moody, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas.